UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:14-cr-57-FtM-38DNF

JOSE LOPEZ-CRUZ

## ORDER

This matter comes before the Court on Motion for Unopposed Motion to Advance Sentencing (Doc. #31) filed on September 19, 2014.  Defense Counsel moves the Court to advance the sentencing hearing currently set for October 20, 2014.  As grounds, Counsel indicates there are no objections to the presentence investigation report.  The Defendant scores as an offense level 6, Criminal History II, for a sentencing range of 1 -7 months.  He has been incarcerated since June 3, 2014.  The Court, having considered the motion, finds good cause and will advance the sentencing date as outlined below.

Accordingly, it is now **ORDERED:**

Motion for Unopposed Motion to Advance Sentencing (Doc. 31) is **GRANTED**. The Sentencing hearing is rescheduled for **OCTOBER 6, 2014 at 9:45 A.M**.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record